IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BENJAMIN SCOTT**                                                                                          **PLAINTIFF**

v.                              Case No. 4:22-cv-00985-KGB-JJV

**RAY VANCE,** *et al.*                                                                                   **DEFENDANTS**

**ORDER**

      Before the Court is the status of this case. On December 19, 2022, and January 3, 2023, mail sent to plaintiff Benjamin Scott at the Brassell Detention Center, which was Mr. Scott's last known mailing address, was returned undeliverable (Dkt. Nos. 13, 14). As a result, on January 3, 2023, United States Magistrate Judge Joe J. Volpe entered an Order directing Mr. Scott to inform the Court of his current mailing address and to file an *in forma pauperis* application reflecting his free-world status within 30 days, by February 2, 2023 (Dkt. No. 15). Judge Volpe notified Mr. Scott that failure to provide the Court with this information within 30 days may result in dismissal of his case without prejudice for failure to prosecute (*Id.*). *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas. As of the date of this Order, Mr. Scott has not complied with or otherwise responded to the Court's January 3, 2023, Order, and the time for doing so has passed.

      Accordingly, Mr. Scott's second amended complaint is dismissed without prejudice for failure to prosecute (Dkt. Nos. 1, 6, 7). The Court declines to adopt Judge Volpe's January 17, 2023, Recommended Disposition recommending that: (1) Mr. Scott's second complaint be dismissed without prejudice for failing to state a claim upon which relief may be granted; and (2) that the dismissal count as a "strike" for purposes of 28 U.S.C. 1915(g) (Dkt. No. 19). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and

the accompanying Judgment would not be taken in good faith.

    It is so ordered this 7th day of February, 2023.

                                                          Kristine G. Baker
                                                          United States District Judge